UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WITKIN,<br><br>  Plaintiff,<br><br>  v.<br><br>B. COOK, et al.,<br><br>  Defendants. | No. 2:20-cv-2355 DB P<br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims defendants retaliated against him in violation of his First Amendment rights. By order dated March 10, 2021 the court screened the original complaint. (ECF No. 7.) The court found the complaint stated some claims and failed to state other claims. Plaintiff was given the option of proceeding with the complaint as screened or amending the complaint. Plaintiff has indicated that he would like to file an amended complaint. (ECF No. 13.)

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is granted thirty days from the date of service of this order to file an amended complaint that complies with the court's March 11, 2021 screening order (ECF No. 7), the Federal Rules of Civil Procedure, and the Local Rules of Practice.

////

1

2. The amended complaint must bear the docket number assigned to this case and must be labeled "Second Amended Complaint."

3. Failure to comply with this order will result in a recommendation that this action be dismissed.

Dated: May 17, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB:1/Orders/Prisoner/Civil.Rights/witk2355.amd

2