UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WITKIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>B. COOK, et al.,<br><br>　　　　Defendants. | No. 2:20-cv-2355 JAM DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims defendants retaliated against him in violation of his First Amendment rights.

By order dated August 17, 2021, the court screened plaintiff's first amended complaint. (ECF No. 17.) The court found plaintiff stated a cognizable First Amendment claim but failed to state a state law negligence claim. (Id. at 5-6.) Plaintiff was given the option to proceed on the complaint as screened or to file an amended complaint. Plaintiff has elected to file an amended complaint. (ECF No. 18.)

////

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is granted thirty days from the date of service of this order to file an amended complaint that complies with the court's August 17, 2021 screening order (ECF No. 17), the Federal Rules of Civil Procedure, and the Local Rules of Practice.

2. The amended complaint must bear the docket number assigned to this case and must be labeled "Second Amended Complaint."

3. Failure to comply with this order will result in a recommendation that this action be dismissed.

Dated: September 2, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil.Rights/R/witk2355.Am'd