UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WITKIN, | No. 2:20-cv-2355 JAM DB P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| B. COOK, et al., | |
| Defendants. | |

      Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. Plaintiff claims defendants retaliated against him in violation of his First Amendment rights. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On February 17, 2022, the magistrate judge filed findings and recommendations herein which were served on plaintiff, and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. (ECF No. 21.) Plaintiff has not filed objections to the findings and recommendations.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 17, 2022, are adopted in full; and

2. Plaintiff's negligence claim is dismissed without leave to amend.

Dated: March 29, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE