UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WITKIN,<br><br>              Plaintiff,<br><br>     v.<br><br>B. COOK, et al.,<br><br>              Defendants. | No. 2:20-cv-2355 JAM DB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims defendants retaliated against him in violation of his First Amendment rights. Presently before the court is defendants' motion to opt out of the Post-Screening ADR (Alternative Dispute Resolution) Project and request for additional time to file a responsive pleading. (ECF No. 36.)

In support of their request to opt out, counsel for defendants states that after conferring with the plaintiff in this action participation in a settlement conference would be a waste of judicial resources. (ECF No. 36 at 2.) Good cause appearing the court will grant the request to opt out.

The motion to opt out also contains a request to set the deadline for filing a responsive pleading at least 120 days from the date of the order. (Id.) In support of this request, counsel states that they have transferred to a new section in the Attorney General's Office. Thus, this case

must be reassigned to a new Deputy Attorney General in the Correctional Law Section. They further state that Deputies in the Correctional Law Section have heavy caseloads in addition to the current public health crisis. The extension would also account for the anticipated delay in deposing the plaintiff due to the pandemic. The court does not find good cause to grant the full 120 days requested. The court will however, grant defendants 75 days from the date of this order to file a responsive pleading.

Accordingly, IT IS HEREBY ORDERED that

1. Defendant's motion to opt out (ECF No. 36) is granted;
2. The settlement conference set for June 6, 2022, is vacated;
3. The writ of habeas corpus ad testificandum (ECF No. 33) is vacated; and
4. Within 75 days from the date of this order, defendants shall file a responsive pleading.

Dated: June 1, 2022

/s/DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB:1/Orders/Prisoner/Civil.Rights/witk2355.opt.out+eot