UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WITKIN,<br><br>    Plaintiff,<br><br>  v.<br><br>B. COOK, et al.,<br><br>    Defendants. | No. 2:20-cv-2355 DJC DB P<br><br>ORDER TO SHOW CAUSE |

    Plaintiff is a former state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims defendants retaliated against him in violation of his First Amendment rights. By order dated August 29, 2023, the undersigned denied defendants' motion to revoke plaintiff's in forma pauperis ("IFP") status. (ECF No. 53.) Rather than revoke plaintiff's IFP status, the undersigned directed plaintiff to submit an updated IFP application in reflecting his current financial circumstances in light of his release from custody. The order granted plaintiff thirty days to either pay the filing fee in full or submit an updated IFP application. (Id. at 3-4.) Plaintiff was advised that failure to comply would result in a recommendation that this action be dismissed. (Id. at 4.) Those thirty days have passed, and plaintiff has not paid the filing fee, filed an updated IFP application, requested additional time to do so, or otherwise responded to the court's order.

////

Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the date of service of this order, plaintiff shall either pay the $402 filing fee in full or submit a properly completed IFP application. If he fails to do so the undersigned will recommend that this action be dismissed for failure to comply with court orders and failure to prosecute. See E.D. Cal. R. 110; Fed. R. Civ. P. 41.

Dated: October 12, 2023

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil.Rights/R/witk2355.ifp.osc