UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WITKIN,<br><br>             Plaintiff,<br><br>    v.<br><br>B. COOK, et al.,<br><br>             Defendants. | No. 2:20-cv-2355 DJC DB P<br><br><br>ORDER |

Plaintiff is a former state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims defendants retaliated against him in violation of his First Amendment rights. By order dated August 29, 2023, the undersigned directed plaintiff to either pay the $402 filing fee in full or submit an updated in forma pauperis ("IFP") application accompanied by an updated IFP application reflecting his current financial status within thirty days. (ECF No. 53.) Those thirty days passed, and plaintiff failed to comply. The undersigned issued an order to show cause directing plaintiff to pay the filing fee or submit an updated IFP application within twenty-one days. (ECF No. 57.)

Plaintiff has filed a response to the undersigned's October 13, 2023, show cause order. (ECF No. 58.) Therein, plaintiff states that he would like to pay the filing fee but needs additional time. Good cause appearing, the court will grant plaintiff additional time to comply with the August 29, 2023, order.

1

1  Accordingly, IT IS HEREBY ORDERED that plaintiff shall pay the $402 filing fee in full or submit a properly completed IFP application reflecting his current financial status on or before December 1, 2023. Plaintiff is advised that failure to comply will result in a recommendation that this action be dismissed.

Dated: October 25, 2023

/s/DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil.Rights/R/witk2355.eot.fee