UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WITKIN,<br><br>    Plaintiff,<br><br>    v.<br><br>B. COOK, et al.,<br><br>    Defendants. | No.  2:20-cv-2355 DJC DB P<br><br><br>ORDER |

Plaintiff is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  On October 26, 2023, plaintiff was ordered to pay the four hundred two dollar ($402.00) filing fee or submit a properly completed IFP application.  (ECF. No. 59.)  Plaintiff has paid three hundred and fifty dollars ($350.00).

Plaintiff has requested an extension of time to file an opposition to defendants' motion to dismiss (ECF No. 61).  Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff is to pay the remaining balance of fifty-two dollars ($52.00) within thirty days. If he fails to do so the undersigned will recommend this action be dismissed for failure to comply with court orders and failure to prosecute.  See E.D. Cal. R. 110 Fed. R. Civ. P. 41.

2.  Plaintiff's motion for an extension of time (ECF No. 62) is granted; and

3. Plaintiff is granted thirty days from the date of this order in which to file an opposition to the motion to dismiss. Any reply shall be filed and served in accordance with Local Rule 230(l).

Dated: April 15, 2024

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB16
DB/Prisoner Inbox/Civil Rights/R/witk2355.36opp