UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL AARON WITKIN,<br><br>       Plaintiff,<br><br>       v.<br><br>B. COOK, et al.,<br><br>       Defendants. | No.  2:20-cv-2355 DJC SCR P<br><br><br>ORDER |

Plaintiff is a former state prisoner proceeding pro se with a civil rights action under 42 U.S.C. §1983.  On March 29, 2024, defendants filed a motion to dismiss.  (ECF No. 61.) Defendants argue the court should dismiss this action under 28 U.S.C. §1915 because plaintiff filed it maliciously.  The defendants made similar allegations based on similar evidence in a motion to dismiss in <u>Witkin v. Thomas</u>, 2:22-cv-1310 DJC SCR P (ECF No. 23.)  Recently, District Judge Calabretta denied defendants' motion to dismiss that case as maliciously filed. (ECF No. 36.)  Defendants must show cause why their motion to dismiss in the present should not be denied based on Judge Calabretta's ruling.

////

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the date of this order, defendants shall show cause why their motion to dismiss should not be denied based on Judge Calabretta's September 23, 2024 ruling in case no. 2:22-cv-1310 DJC SCR P.

DATED: October 14, 2024

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE