UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL AARON WITKIN,<br><br>Plaintiff,<br><br>v.<br><br>B. COOK, et al.,<br><br>Defendants. | No. 2:20-cv-2355 DJC SCR P<br><br><br><br>ORDER |

Plaintiff is a former state prisoner proceeding pro se with a civil rights action under 42 U.S.C. §1983. On March 29, 2024, defendants filed a motion to dismiss. (ECF No. 61.) Defendants argue the court should dismiss this action under 28 U.S.C. §1915 because plaintiff filed it maliciously. In an order filed October 15, 2024, this court noted that District Judge Calabretta considered a similar motion to dismiss in another case brought by plaintiff, Witkin v. Thomas, 2:22-cv-1310 DJC SCR P. In an order signed September 20 and filed September 23, 2024, Judge Calabretta denied defendants' motion to dismiss that case as maliciously filed. In the October 15 order in the present case, this court required defendants to show cause why their motion to dismiss should not be denied based on Judge Calabretta's ruling in Witkin v. Thomas.

In their response, defendants point out that the day before Judge Calabretta signed his order in Witkin v. Thomas, District Judge Mueller granted a similar motion to dismiss in a third case filed by plaintiff, Witkin v. Gonzalez, No. 2:22-cv-1212 KJM EFB P (Order signed Sept. 19

1

and filed Sept. 20, 2024).  Defendants argue that Judge Mueller's decision precludes relitigation of the maliciousness issue in the present case.  This court will provide plaintiff the opportunity to respond to defendants' response to the order to show cause.

Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the date of this order, plaintiff shall file a response to defendants' November 4, 2024 response to the order to show cause.  Defendants may file a reply within ten days after plaintiff's filing.

DATED: November 8, 2024

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2