UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL AARON WITKIN,<br><br>     Plaintiff,<br><br>    v.<br><br>B. COOK, et al.,<br><br>     Defendants. | No.  2:20-cv-2355 DJC SCR P<br><br><br>ORDER |

Plaintiff is a former state prisoner proceeding pro se in this civil rights action under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(17).

On March 11, 2025, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  ECF No. 74.  Defendants have filed objections to the findings and recommendations.  ECF No. 75.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 11, 2025 (ECF No. 74) are adopted in full; and

2. Defendants' motion to dismiss the action as malicious (ECF No. 61) is denied; and

3. This matter is referred back to the assigned Magistrate Judge for all further pretrial proceedings.

IT IS SO ORDERED.

Dated:    **March 26, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2